JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-18-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

DEC 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE T. TURNER,<br><br>    Petitioner,<br><br>vs.<br><br>J. SOTO, Warden,<br><br>    Respondent. | Case No. CV 14-5845-CAS (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

DATED: 12/16/14

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE